# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PATRICK S. LAMAY,

       Petitioner,            Case Number: 2:09-CV-14764

v.                                     HON. GEORGE CARAM STEEH

JEFFREY WOODS,

       Respondent.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner Patrick S. Lamay, is a state inmate currently incarcerated at the Marquette Correctional Facility in Marquette, Michigan. He filed a *pro se* petition for a writ of habeas corpus claiming that he is incarcerated in violation of his constitutional rights. The Court issued an Order to Correct Deficiency because Petitioner failed to submit two copies of his petition as required by Rule 3(a), Rules Governing Section 2254 Cases and also failed to submit either the $5.00 filing fee or an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915. The Court required Petitioner to correct the deficiencies within thirty days and cautioned that failure to do so could result in dismissal of the petition. The time for correcting the deficiencies has passed and Petitioner has failed to do so.

Accordingly, **IT IS ORDERED** that the petition for a writ of habeas corpus is

**DISMISSED WITHOUT PREJUDICE**.

Dated:   February 2, 2010

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 2, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk